UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Joyce A Dobisch<br>Debtors<br><br>Specialized Loan Servicing, LLC,<br>Movant,<br>v.<br><br>Joyce A Dobisch,<br>Respondent/Debtors,<br>and<br>William C. Miller, Trustee,<br>Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>21-10283-amc |

### OBJECTION OF SPECIALIZED LOAN SERVICING, LLC TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION

Specialized Loan Servicing, LLC, by and through its counsel, LOGS Legal Group LLP, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

1. On or about February 5, 2021, Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. Movant holds an allowed claim, secured only by Debtor's principal residence located at 144 Windham Court, Newtown, PA 18940.

3. On or about February 27, 2021, Movant filed a Proof of Claim citing arrears in the amount of $1,374.72, and a total claim in the amount of $95,664.70.

4. Debtor's proposed plan calls for the payment to Movant of arrearages in the amount of $0.00 to be paid to the Trustee through the Plan.

5. The Plan is insufficiently funded to pay Movant its proposed arrearage claim or proposed total debt claim in full.

6. The Plan fails to comply with 11 U.S.C. § 1322.

7. The Plan fails to comply with 11 U.S.C. § 1325.

8. The Court must deny confirmation of Debtor's Chapter 13 Plan.

WHEREFORE, Specialized Loan Servicing, LLC respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's bankruptcy petition be dismissed with prejudice; and for such other relief as this Court deems appropriate.

Respectfully submitted,

/s/ Kristen D. Little

Dated: March 25, 2021

BY: _____
Kristen D. Little, Esquire
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809

LLG File #:21-066107

PA BAR ID #79992
klittle@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Joyce A Dobisch<br>  Debtors. | CHAPTER 13 |
| Specialized Loan Servicing, LLC,<br>  Movant,<br>v.<br><br>Joyce A Dobisch,<br> Debtors/Respondent,<br>and<br>William C. Miller, Trustee,<br> Additional Respondent. | BANKRUPTCY CASE NUMBER<br>21-10283-amc |

### **CERTIFICATE OF SERVICE**

  I, Kristen D. Little, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Specialized Loan Servicing, LLC's Objection to the Confirmation of Debtor's Chapter 13 Plan by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on March 25, 2021:

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
Sent via electronic notification brad@sadeklaw.com

William C. Miller, Trustee
P.O. Box 1229
Phila, PA 19105
Sent via electronic notification ecfemails@ph13trustee.com

  I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

              /s/ Kristen D. Little
              Kristen D. Little, Esquire
              LOGS Legal Group LLP
              3600 Horizon Drive, Suite 150
              King of Prussia, PA 19406
LLG File #:21-066107         (610) 278-6800