United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 21-10283-amc

Joyce A Dobisch                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                                    Page 1 of 2
Date Rcvd: Feb 13, 2025                 Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

**Recip ID            Recipient Name and Address**
db                +   Joyce A Dobisch, 144 Windham Court, Newtown, PA 18940-1750

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:**

**Name                      Email Address**

BRAD J. SADEK
                          on behalf of Debtor Joyce A Dobisch brad@sadeklaw.com
                          bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

CHRISTOPHER A. DENARDO
                          on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes
                          logsecf@logs.com

CHRISTOPHER A. DENARDO
                          on behalf of Creditor Specialized Loan Servicing  LLC logsecf@logs.com

DENISE ELIZABETH CARLON
                          on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes
                          bkgroup@kmllawgroup.com

KENNETH E. WEST
                          ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2                          User: admin                          Page 2 of 2
Date Rcvd: Feb 13, 2025                   Form ID: pdf900                     Total Noticed: 1

KRISTEN D. LITTLE
                    on behalf of Creditor Specialized Loan Servicing  LLC KRLITTLE@FIRSTAM.COM

SARAH K. MCCAFFERY
                    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes
                    smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Joyce A Dobisch | : | Chapter 13 |
| | : | Case No.: 21-10283-AMC |
| Debtors | : | |

**<u>O R D E R</u>**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified.

BY THE COURT:

Dated:_____

**Date: February 13, 2025**

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE