United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 21-10283-amc

Joyce A Dobisch                                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 12, 2026 | Form ID: 138OBJ | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joyce A Dobisch, 144 Windham Court, Newtown, PA 18940-1750 |
| 14581123 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14599800 | + | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 327 Plaza Real, Suite 320, Boca Raton, FL 33432-3901 |
| 14581127 | + | RasLaVRar, 1133 S University Drive, Plantation, FL 33324-3303 |
| 14581139 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 13 2026 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2026 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14581120 | + | Email/Text: bncnotifications@pheaa.org | Feb 13 2026 00:10:00 | AES/PNC Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14586577 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Feb 13 2026 00:10:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14583795 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 13 2026 00:20:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14581121 | + | Email/Text: bknotice@raslavrar.com | Feb 13 2026 00:10:00 | Citibank, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14588644 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2026 00:20:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14721054 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 13 2026 00:11:00 | Federal Home Loan Mortgage Corporation ,et al, P.O. Box 65250, Salt Lake City , UT , 84165-0250 |
| 14714256 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 13 2026 00:11:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14847414 | ^ | MEBN | Feb 13 2026 00:04:53 | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14600369 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2026 00:10:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14830724 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Feb 12, 2026 | Form ID: 138OBJ | Total Noticed: 37

| | | Feb 13 2026 00:20:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14588450 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 13 2026 00:20:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14599699 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 13 2026 00:20:18 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14588482 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 13 2026 00:10:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14581125 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 13 2026 00:10:00 | Midland Funding Llc, Attn: Bankruptcy; Daniel J. Santucci, Po Box 939069, San Diego, CA 92193-9069 |
| 14581126 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Feb 13 2026 00:10:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 14581128 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 13 2026 00:20:07 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14586821 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Feb 13 2026 00:10:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14581130 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 13 2026 00:20:26 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14592571 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 13 2026 00:20:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14581131 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 13 2026 00:20:15 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14581132 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 13 2026 00:20:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14587162 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 13 2026 00:20:17 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14600374 | ^ MEBN | | |
| | | Feb 13 2026 00:05:14 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14581133 | + Email/Text: ECMCBKNotices@ecmc.org | | |
| | | Feb 13 2026 00:10:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14609034 | Email/Text: EDBKNotices@ecmc.org | | |
| | | Feb 13 2026 00:10:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14756460 | + Email/Text: EBN@edfinancial.com | | |
| | | Feb 13 2026 00:10:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14596223 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 13 2026 00:20:06 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14581140 | + Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | Feb 13 2026 00:20:27 | Wells Fargo Bank NA, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 14589412 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | Feb 13 2026 00:20:04 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14581142 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | Feb 13 2026 00:20:15 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 12, 2026 | Form ID: 138OBJ | Total Noticed: 37 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14581124 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14581129 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14581134 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14581135 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14581136 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14581137 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14581138 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14581141 | *+ | Wells Fargo Bank NA, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 14581122 | ##+ | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14721131 | ##+ | Federal Home Loan Mortgage Corporation, c/o CHRISTOPHER A. DENARDO, Shapiro and DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Joyce A Dobisch brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor Specialized Loan Servicing  LLC KRLITTLE@FIRSTAM.COM |
| MICHELLE L. MCGOWAN | on behalf of Creditor Federal Home Loan Mortgage Corporation mimcgowan@raslg.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD MILLER | on behalf of Creditor Specialized Loan Servicing  LLC wmiller@logs.com, logsecf@logs.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes wmiller@logs.com, logsecf@logs.com |

TOTAL: 9

*Form 138OBJ* (6/24)–doc 77 – 75

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
   Joyce A Dobisch                               )       Case No. 21–10283–amc
                                       )
                                       )
   Debtor(s).                                    )       Chapter: 13
                                       )
                                       )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 12, 2026                              For The Court

                                                Mohung Wong
                                                Clerk of Court