United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 21-10283-amc

Joyce A Dobisch                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 3

Date Rcvd: Mar 04, 2026                       Form ID: 3180W                        Total Noticed: 20

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joyce A Dobisch, 144 Windham Court, Newtown, PA 18940-1750 |
| 14599800 | + | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 327 Plaza Real, Suite 320, Boca Raton, FL 33432-3901 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 05 2026 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Mar 05 2026 05:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14586577 | + | EDI: BANKAMER2 | Mar 05 2026 05:10:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14583795 | + | EDI: AIS.COM | Mar 05 2026 05:10:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14588644 | | EDI: CITICORP | Mar 05 2026 05:10:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14714256 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 05 2026 00:17:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14600369 | + | EDI: IRS.COM | Mar 05 2026 05:10:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14830724 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2026 00:17:32 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14588450 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2026 00:17:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14599699 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2026 00:17:35 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14588482 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 05 2026 00:17:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14592571 | + | EDI: PRA.COM | Mar 05 2026 05:10:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14587162 | + | EDI: AIS.COM | Mar 05 2026 05:10:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2026 | Form ID: 3180W | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 14600374 | ^ MEBN | | | |
| | | Mar 05 2026 00:09:39 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 | |
| 14609034 | Email/Text: EDBKNotices@ecmc.org | | | |
| | | Mar 05 2026 00:16:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 | |
| 14756460 | + Email/Text: EBN@edfinancial.com | | | |
| | | Mar 05 2026 00:16:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 | |
| 14596223 | + EDI: AIS.COM | | | |
| | | Mar 05 2026 05:10:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | |
| 14589412 | EDI: WFCCSBK | | | |
| | | Mar 05 2026 05:10:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 | |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Joyce A Dobisch brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor Specialized Loan Servicing  LLC KRLITTLE@FIRSTAM.COM |
| MICHELLE L. MCGOWAN | on behalf of Creditor Federal Home Loan Mortgage Corporation mimcgowan@raslg.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                                    User: admin                                    Page 3 of 3
Date Rcvd: Mar 04, 2026                                Form ID: 3180W                                Total Noticed: 20

WILLIAM EDWARD MILLER
     on behalf of Creditor Specialized Loan Servicing  LLC wmiller@logs.com, logsecf@logs.com

WILLIAM EDWARD MILLER

     on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes
wmiller@logs.com, logsecf@logs.com


TOTAL: 9

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joyce A Dobisch | Social Security number or ITIN | xxx–xx–5268 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   21–10283–amc

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joyce A Dobisch

3/3/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W    **Chapter 13 Discharge**    page 2